# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1140**
**CAF 14-01770**
PRESENT: SMITH, J.P., PERADOTTO, CARNI, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF XAVIER B. AND AMIR B.
------------------------------------------------
MONROE COUNTY DEPARTMENT OF HUMAN SERVICES,                    ORDER
PETITIONER-APPELLANT;

NADIR J.B., RESPONDENT-RESPONDENT.
------------------------------------------------
TANYA J. CONLEY, ESQ., ATTORNEY FOR THE
CHILDREN, APPELLANT.

---

MERIDETH H. SMITH, COUNTY ATTORNEY, ROCHESTER (PETER A. ESSLEY OF
COUNSEL), FOR PETITIONER-APPELLANT.

TANYA J. CONLEY, ATTORNEY FOR THE CHILDREN, ROCHESTER, APPELLANT PRO
SE.

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (JAMES A. HOBBS OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

---

Appeals from an order of the Family Court, Monroe County (Dandrea
L. Ruhlmann, J.), entered September 24, 2014 in a proceeding pursuant
to Social Services Law § 384-b.  The order dismissed the petition.

Now, upon reading and filing the stipulation of discontinuance
signed by the attorneys for the parties on September 24 and 29, 2015,
and by the Attorney for the Children on September 28, 2015,

It is hereby ORDERED that said appeals are unanimously dismissed
without costs upon stipulation.

Entered:  November 13, 2015                     Frances E. Cafarell
                                                Clerk of the Court